# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUA DALE DAVIS**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#038849**

v.　　　　　　　　　No: 3:25-cv-00141-DPM-PSH

**TOM CLEMENTS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Joshua Dale Davis filed this lawsuit under 42 U.S.C. § 1983 while incarcerated at the Cross County Detention Center (Doc. No. 2).  Having carefully and liberally[1] construed Davis' complaint, the Court finds that he describes Eighth Amendment claims against the defendants.[2]  The Clerk of the Court shall prepare summonses for these defendants.  The United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2) and a summons on each of them without prepayment of fees and costs or security therefor.  Service should be attempted on

---

[1] *See Stone v. Harry*, 364 F.3d 912, 915 (8th Cir. 2004) ("When we say that a pro se complaint should be given liberal construction, we mean that if the essence of an allegation is discernible, even though it is not pleaded with legal nicety, then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework.").

[2] Davis checked a box indicating he is a pre-trial detainee.  Doc. No. 2 at 3.  He also listed an Arkansas Division of Corrections (ADC) number, indicating that he is a state inmate.  *Id.* at 1.  He is listed on the ADC website as an inmate on the ADC's Cross County waiting list.  See https://apps.ark.org/inmate_info/index.php.

defendants through the Cross County Sheriff's office.[3]

IT IS SO ORDERED this 16th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.