IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSHUA DALE DAVIS**                                                       **PLAINTIFF**
**#038849**

**v.**                          **No: 3:25-cv-00141-DPM-PSH**

**TOM CLEMENTS,** *et al.*                                              **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is a letter filed by plaintiff Joshua Dale Davis (Doc. No. 7).

Davis requests a status update on this case, a 1983 packet, and an immediate transfer

to the Arkansas Division of Correction.  His request for a status update and a 1983

packet is GRANTED.  The Clerk of Court is directed to send Davis a copy of the

docket sheet for this case and a 1983 packet.  Davis' request for a transfer is

DENIED.  The Court does not interject itself into prison administration and cannot

award injunctive relief without a proper motion.[1]  *See* Local Rule 7.2(e), Local Rules

of the United States District Court for the Eastern and Western Districts of Arkansas

---

[1] The granting of injunctive relief is an extraordinary remedy, particularly in a prison context.  *See Goff v. Harper*, 60 F.3d 518 (8th Cir. 1995).  In considering whether to grant such relief, the Court must consider the following factors: (1) the threat of irreparable harm to the movant; (2) the state of the balance between this harm and the injury that granting the injunction will inflict on other parties litigant; (3) the probability that movant will succeed on the merits; and (4) the public interest.  *See Dataphase Systems, Inc. v. CL Systems, Inc.*, 640 F.2d 109 (8th Cir. 1981).  "The burden of proving that a preliminary injunction should be issued rests entirely with the movant."  *Goff*, 60 F.3d at 519-521 (citing *Modern Computer Systems v. Modern Banking Systems,* 871 F.2d 734, 737 (8th Cir. 1989) (en banc)).

("Pretrial motions for temporary restraining orders, motions for preliminary injunctions, and motions to dismiss, shall not be taken up and considered unless set forth in a separate pleading accompanied by a separate brief.").

IT IS SO ORDERED this 23rd day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE