**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOSHUA DALE DAVIS**                                                                **PLAINTIFF**
*ADC #167375*

**v.**                                                  **No: 3:25-cv-00141-PSH**


**TOM CLEMENTS,** *et al.*                                                    **DEFENDANTS**


## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case

without prejudice.

DATED this 20th day April, 2026.


_____
UNITED STATES MAGISTRATE JUDGE